UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | |
|---|---|
| KELVIN WELLS, ET AL | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 09-469-C |
| DEPARTMENT OF SOCIAL SERVICES, STATE OF LOUISIANA, ET AL | |

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 29, 2009. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this matter will be dismissed with prejudice pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.

Baton Rouge, Louisiana, September 29, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA